An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GEOFFREY W. CORNELIUS; AND
SEANNA M. CORNELIUS,
Appellants,
vs.
UNIVERSAL AMERICAN MORTGAGE
COMPANY, LLC,
Respondent.

No. 61552

**FILED**

AUG 1 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On July 22, 2013, this court entered an order dismissing this appeal with respect to all respondents except for Universal American Mortgage Company (UAMC). On August 2, 2013, appellants filed a notice clarifying their intent to dismiss their appeal with respect to UAMC as well. Accordingly, we hereby dismiss this appeal in its entirety. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Pickering

cc:    Hon. Patrick Flanagan, District Judge
       Mark L. Mausert
       Tiffany & Bosco, P. A.
       Smith Larsen & Wixom
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-23936